IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS RICHIE DOLLAR, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL CO. SHERIFF'S OFFICE, *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 3:11-cv-571-MEF |

## **O R D E R**

On July 29, 2011, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's claims against the Russell County Sheriff's Office are DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and the Russell County Sheriff's Office is DISMISSED as a party to this cause of action.

3. This case with respect to the claims against the remaining defendant is referred back to the Magistrate Judge for appropriate proceedings.

DONE this the 1st day of November, 2011.

                                                              /s/ Mark E. Fuller
                                          UNITED STATES DISTRICT JUDGE