IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

THOMAS RICHIE DOLLAR, JR.,   )
                             )
   Plaintiff,                )
                             )
  v.                         )   CIVIL ACTION NO.
                             )   3:11cv571-MHT
DEPUTY SGT. DAVID WALTERS,   )        (WO)
                             )
   Defendant.                )

OPINION

    Pursuant to 42 U.S.C. § 1983, plaintiff, a jail inmate, filed this lawsuit claiming that defendant filed a complaint against him without probable cause. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**